UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 07 CR 50054 |
| v. | ) | |
| | ) | Magistrate Judge Mahoney |
| ALAN JOSEPH SKIBA | ) | |

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, CRAIG SMITH, personally appearing before United States Magistrate Judge P. Michael

Mahoney and being duly sworn on oath, state that as a federal law enforcement officer I have been

informed that ALAN JOSEPH SKIBA has been charged by criminal complaint in the Eastern

District of Michigan, Southern Division, with a violation of Title 18, United States Code, Section

2252A(a)(1) and 2252A(a)(5)(B) for the offense of transportation and possession of child

pornography.  A copy of the criminal complaint is attached.  I have further been informed that a

warrant for the arrest of ALAN JOSEPH SKIBA has been issued pursuant to the criminal complaint.

A copy of the warrant is attached.


CRAIG SMITH
Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN to before me this 7th day of November, 2007.

P. MICHAEL MAHONEY
United States Magistrate Judge

# United States District Court

**EASTERN**        **DISTRICT OF**        **MICHIGAN**

UNITED STATES OF AMERICA

V.

Alan Joseph Skiba
37☒ Hi Villa Drive
Lake Orion, Michigan

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

## 07-30514

I, SA Jason Bollinger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 27 2006 through November 5, 2007 in Oakland County, in the Eastern District of Michigan defendant(s) did, (Track Statutory Language of Offense)

Knowingly transport in interstate commerce, by any means including by computer or computer storage devices including a thumb drive, and did knowingly possess child pornographic images, as defined in 18 USC 2256, that is children engaged in sexually explicit conduct, said images having previously been transported in interstate commerce, all

in violation of Title 18 United States Code, Section(s) 2252A(a)(1) and 2252A(a)(5)(B)
I further state that I am a(n) special agent for the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:     X Yes       No

Sworn to before me and subscribed in my presence,

SA Jason D. Bollinger

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
DEPUTY CLERK

November 7, 2007
Date

at Detroit, _____ Michigan
City and State

Virginia M. Morgan
United States Magistrate Judge
Name & Title of Judicial Officer

VIRGINIA M. MORGAN

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan, Southern Division

## AFFIDAVIT

I, Jason D. Bollinger, having been first duly sworn, do hereby state as follows:

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent (SA) since October of 2003. I am currently assigned to the Oakland County Resident Agency. Part of my assignment is to investigate matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code (USC) Sections 2252 and 2252A which criminalize the possession, receipt and transmission of child pornography.

2.      The statements in this Affidavit are based in part on information provided by Special Agents of the FBI, on my investigation of this matter, reports and information provided to your Affiant by other law enforcement officials, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of Title 18, United States Code, Section 2252 and 2252A have been committed by Joseph Alan Skiba (hereinafter SKIBA).

3.      Detective Sergeant Lisa Scully is presently attached to Task Force Argos, Child Safety and Sexual Crime Group, State Crime Operations Command of the Queensland Police Service, Brisbane, Queensland, Australia. Detective Sergeant Scully is authorized to conduct covert operations in accordance with the provisions of section 243 of the Police Powers and Responsibilities Act 2000 (Queensland Legislation). This operation is run by Task Force Argos and allows selected police officers to pose with covert identities on the Internet in an attempt to gain evidence against serious indictable offences involving the abuse of children.

4.    During one of her investigations, Detective Scully regularly used a personal computer with Internet capabilities to process and store information that was displayed and subsequently downloaded from the Internet. This information related to covert communications that she engaged in with a person using the Yahoo Internet identities of 'f650bmw97' and 'jeep0444'. The pseudonym 'CB' is also associated with the Yahoo Messenger identity 'jeep0444'. During interaction with this user, the names 'f650bmw97' and 'jeep0444' or 'C B' were displayed in the chat windows. A Public records check on vehicles previously owned by the Yahoo user f650bmw97 and jeep0444 identified Alan Joseph Skiba owning a BMW and a Jeep. The conversations Scully had with the user were communicated through the Internet based application 'Yahoo Messenger' a program which enables two or more computers to connect and allows users to chat in real time. This application allows users to add other users to their contact list and observe when these contacts are online or offline.

5.    During this investigation Detective Scully utilized the Yahoo Internet identity 'f4faus'. The pseudonym 'Karen Smith' is associated with the Yahoo Messenger identity 'f4faus'. During interaction with this user, the name 'Karen Smith' was displayed in the chat windows.

6.    The Yahoo Member Profile associated with the Yahoo identity 'f4faus' is that of Karen Smith, a 31 year old married mother of three children residing in Brisbane, Australia. The profile implies that this person is interested in the sexual exploitation of children. The profile does not explicitly state this information but, rather, it can be inferred from the pedophilic and incest-related Yahoo Interest Groups listed in the profile.

7.    Yahoo Interest Groups allow users to network with persons with similar interests. When an Interest Group is listed in a profile, the profile is added to that Interest Group's list of Yahoo Member Profiles, which can be reviewed by anyone visiting the Interest Group list. Persons then wishing to contact the user can do so by either email or through the Yahoo Messenger program.

8.    On Tuesday the 24th day of October 2006 Detective Sergeant Scully conducted covert activities in the Yahoo Messenger program using the Yahoo identity 'f4faus'. The interaction with the user commenced at about 10:13 AM AEST when she received an instant message from the user 'f650bmw97'. During the course of communicating with this user electronic logs (chat logs) were automatically captured by the Yahoo Messenger application and archived by default. This chat log represents a true copy of the typed conversations that transpired with the user as 'f650bmw97' and were downloaded in the ordinary course of communicating with them. Detective Sergeant Scully manually saved this chat log from the archived Yahoo logs to a text document titled '241006 – Yahoo – f650bmw97'.

9.    During the chat, the user 'f650bmw97' forwarded Detective Sergeant Scully twenty-nine (29) photographic image files through the Yahoo Messenger program, some of which depict children under the age of 18 engaged in sexually explicit activity. She manually saved these images to a directory titled '241006 – pics rec'd – f650bmw97'. A review of the files confirmed that they contained graphic images of child pornography, in some cases involving children of approximately 5 years old engaged in explicit sexual activity.

10.    During the chat, Detective Sergeant Scully forwarded the user 'f650bmw97' four (4) child pornographic image files through the Yahoo Messenger, which she is permitted to do under the parameters of Task Force Argus' operation protocol. She manually saved these images to the directory titled '241006 - pics sent – f650bmw97'.

11.    During the conversation with 'f650bmw97' on October 24, 2006 the Internet Address (IP) address of that user was captured. The IP address was captured at 10:38:12am on 24 October 2006 AEST. The IP address captured from this user was "83.236.148.90" and displayed as a German Internet Service Provider named 'QSC Internet Services' in Koeln, Germany. In reviewing the chat logs during this session, there is mention by user f650bmw97 that he is staying at a hotel room in Germany.

12.    On Wednesday the 7th day of March 2007 Detective Sergeant Scully conducted covert activities in the Yahoo Messenger program using the Yahoo identity 'f4faus'. The interaction with the user commenced at about 5:16 PM AEST when she received an instant message from the user as 'jeep0444'. During the course of communicating with this user chat logs were automatically captured by the Yahoo Messenger application and archived as previous. This chat log represents a true copy of the typed conversations that transpired with the user as 'jeep0444' and was downloaded in the ordinary course of communicating with them. She manually saved this chat log from the archived Yahoo logs to a text document titled '070307 – Yahoo – Jeep0444'.

13.    On Wednesday the 13th day of June 2007 Detective Sergeant Scully conducted covert activities in the Yahoo Messenger program using the Yahoo identity 'f4faus'. The interaction with the user commenced at about 3:12 PM AEST when she received an instant message from the user 'jeep0444'. During the course of communicating with this user chat logs were automatically captured by the Yahoo Messenger application and archived as previous. This chat log represents a true copy of the typed conversations that transpired with the user as 'jeep0444' and was downloaded in the ordinary course of communicating with them. She manually saved this chat log from the archived Yahoo logs to a text document titled '130607 – Yahoo – Jeep0444'. During a subsequent chat with jeep0444 on June 14, 2007 Detective Scully confirmed that this user had previously contacted her under the screen name f650bmw97. SKIBA, who was later connected to the two screen names, has previously owned Jeep Cherokee and BMW automobiles.

14.    During the June 13, 2007 chat session the user as 'jeep0444' forwarded Detective Sergeant Scully twenty-six (26) photographic image files through the Yahoo Messenger program, at least 20 of which depict children under the age of 18 engaged in sexually explicit activity. She manually saved these images to a directory titled '130607 – Pics Rec'd – jeep0444'. The files were titled and are described as follows:

        (i)    '!!!!!!!!!!!bldaa' which depicted a female child about seven years with her hand inside her underwear touching her vagina;

        (ii)    '003' which depicted the vagina of a young female child about four years;

      (iii)   '005' which depicted a female child about four years asleep on a bed with no pants on exposing her bottom;

      (iv)   '9f2e' which depicted an adult female licking the vagina of a small child;

      (v)   '36ab' which depicted a male ejaculating on the face of a female in her teens;

      (vi)   '60f0re2' which depicted a naked female child about eleven years of age;

      (vii)   '2345' which depicted a naked adult male ejaculating on the bottom of a young female child possibly four years of age;

      (viii)   '2450' which depicted a female child about eleven years naked and performing oral sex on an adult male;

      (ix)   '2771' which depicted an adult male penis inserted in the vagina of a young female child;

15.    During this conversation with 'jeep0444' on 13 June 2007 the IP address of that user was captured. The IP address was captured at 3:17:52pm on 13 June 2007 AEST. The IP address captured from this user was "75.8.19.233" and displayed as an Internet Service Provider named 'AT&T Internet Services' in Richardson, Texas. During that chat "jeep0444" commented on the weather in Illinois and advised that was the location he was communicating from.

16.    On Thursday the 14th day of June 2007 Detective Sergeant Scully conducted covert activities in the Yahoo Messenger program using the Yahoo identity 'f4faus'. The interaction with the user commenced at about 8:36 AM AEST when she sent an instant message to the user 'jeep0444'. During the course of communicating with this user chat logs were automatically captured by the Yahoo Messenger application and archived as previous. This chat log represents a true copy of the typed conversations that transpired with the user as 'jeep0444' and was downloaded in the ordinary course of communicating with them. She manually saved this chat log from the archived Yahoo logs to a text document titled '140607 – Yahoo – jeep0444'.

17.     On this date she accessed the Yahoo profile for user 'jeep0444' which listed the user's email address as 'jeep0444@yahoo.com'. She manually saved the profile for 'jeep0444' into an image file titled 'Yahoo Profile – jeep0444'.

18.     On Friday the 27th day of July 2007 Detective Sergeant Scully conducted covert activities in the Yahoo Messenger program using the Yahoo identity 'f4faus'. Upon logging into Yahoo Messenger she received an offline message from user 'jeep0444'. At about 8:05pm AEST she sent an instant message to the user 'jeep0444' and interacted with that user online. During the course of communicating with this user chat logs were automatically captured by the Yahoo Messenger application and archived as previous. This chat log represents a true copy of the typed conversations that transpired with the user as 'jeep0444' and was downloaded in the ordinary course of communicating with them. She manually saved this chat log and the offline message from the archived Yahoo logs to a text document titled '270707 – Yahoo – jeep0444'.

19.     On this date the user as 'jeep0444' forwarded her thirty-three (33) photographic image files and two (2) video files through the Yahoo Messenger program, some of which depict children under the age of 18 engaged in sexually explicit activity. Detective Sergeant Scully manually saved these images to a directory titled '270707 – Pics Rec'd – jeep0444'. Affiant's review of the files sent confirmed that they contain images of child pornography and graphic depictions of children as young as four years old, engaged in explicit sexual activity.

20.     On this date Detective Sergeant Scully forwarded the user 'jeep0444' five (5) photographic child pornographic image files through the Yahoo Messenger. She manually saved these images to the directory titled '270707 – Pics Sent – jeep0444'.

21.     During this conversation with 'jeep0444' on 27 July 2007 the IP address of that user was captured. The IP address was captured at 8:07:09pm on 27 July 2007 AEST. The IP address captured from this user was "70.165.217.83" and displayed as an Internet Service Provider named 'Cox Communications Inc' in Atlanta, Georgia.

22. Administrative Subpoenas were served on Yahoo to obtain the access logs and account details on the screen names f650bmw97 and jeep0444. The screen name f650bmw97 had been deactivated and had no log information but the account details identified the user's full name as "Mr C B". The account details for screen name jeep0444 also identified the user's full name as "Mr C B" and had been created on March 15, 2006. The access logs for screen name jeep0444 were from the time period of July 10, 2007 to August 22, 2007. A review of the access logs showed that the user jeep0444 had accessed his Yahoo account from the company BF Saul, headquarters in Washington D.C., Hampton Inn hotels, and Chrysler Motors in Michigan. jeep0444 also accessed his Yahoo account on numerous occasions from IP address (68.32.83.153) which resolves to Comcast.

23. An administrative subpoena was served on Comcast, requesting the account information of IP address (68.32.83.153) on the dates and times shown on the Yahoo access logs for jeep0444. The results showed that IP address (68.32.83.153) belonged to Alan Skiba, 37XX Hi Villa Drive, Lake Orion, Michigan 48360.

24. A Michigan Secretary of State check identified an Alan Joseph Skiba, Date of Birth, August XX, 1965 and presumably his wife, residing at 37XX Hi Villa Drive, Lake Orion, Michigan 48360.

25. A check with Chrysler Corporation, SKIBA's employer confirmed that SKIBA submitted travel expenses for June 13, 2007 including hotel and meal receipts. The Hilton Garden Inn in Rockford, Illinois, the hotel that SKIBA submitted receipts for, confirmed that they had internet connectivity throughout the hotel in June 2007 and as early as August 2006.

Travel and corporate credit card receipts for SKIBA through his employer for July 27, 2007 were confirmed for travel to Las Vegas, Nevada including the Monte Carlo Hotel. Confirmation of the IP address utilized by jeep0444 on July 27, 2007 resolved to the Monte Carlo Hotel/Casino in Las Vegas, Nevada.

26.     On October 15, 2007 jeep0444 again contacted Detective Scully in her undercover capacity. Jeep0444 provided her with a link to a Yahoo! Photos page, that contained 299 graphic child pornographic images.

27.     A check with Immigration Custom Enforcement / Department of Homeland Security, for travel records for Alan Joseph Skiba, revealed that he flew into Pontiac, Michigan aboard Daimler-Chrysler aviation from Echterdingen, Germany on October 27, 2006 and would have been in Germany at the time of the distribution of the child pornographic images from f650bmw97 to Detective Scully. As stated previously, on October 24, 2007, the chat between Yahoo user 'jeep0444' and Detective Sergeant Scully identified the IP address (83.236.148.90) used by Yahoo user jeep0444, resolved to an Internet Service Provider in Germany. Yahoo user jeep0444 also made mention in the October 24, 2007 chat that he was staying in a hotel in Germany.

28.     The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years. These drives can store hundreds of thousands of images at a very high resolution.

29.     The Internet and its World Wide Web afford collectors of child pornography several different venues for obtaining, viewing and trading child pornography in a relatively secure and anonymous fashion. Collectors and distributors of child pornography also use online resources to send, retrieve and store child pornography, including services offered by Internet Portals such as

8

Yahoo! and Hotmail, among others. The online services allow a user to set up an account with a remote computing service that provides e-mail services and chatting, as well as electronic storage of computer files in a variety of formats. A user can set up an online storage account from any computer with access to the Internet. Evidence of such online storage of child pornography is often found on the user's computer.

30.    Based on my training and experience, individuals involved in the possession and transportation of child pornography rarely, if ever, dispose of their sexually explicit material. These materials are extremely valuable to these individuals and, because of the difficulty and risk involved in obtaining the material they safeguard the images and media on which they are stored. The images an individual obtains may be duplicated by printing out copies, or by storing them on removable media such as floppy disks, CDs, DVDs, USB "thumb" drives, and other media. All of the above is particularly true of images that have been collected, distributed and received from other web sites and or individuals via the internet.

31.    A search of SKIBA's home, conducted November 7, 2007, revealed a receipt for a Kingston Data Traveler 512 mega-byte USB "thumb" drive, which had been purchased on February 14, 2006 with a Discover credit card identified as belonging by Alan Skiba.    Devices such as thumb drives, come in many shapes and sizes, to include but not limited to a pen, a Swiss Army knife, a key chain, and etc. These devices allow child pornographers to maintain their child pornography photos and videos in items that to the untrained eye, do not appear to be computer related but would easily allow an individual to maintain secure possession of an extensive collection of child pornographic material.

9

32.      Additionally, during the November 7, 2007 search of SKIBA's home, a desktop computer was seized and forensically previewed and found to contain no child pornography.    A laptop computer case was located, however no laptop computer was located in the home.   Chrysler Corporation confirmed that SKIBA has been issued a corporate laptop for his use.

33.      Given the continuing nature of the on-line communications and the materials transported and received by SKIBA under the screen names f650bmw97 and jeep0444, there is probable cause to believe that he did transport and maintain possession of child pornographic material between his various business trips during which he communicated with Detective Scully.

## V. Conclusion

34.      Based on the above information, affiant submits that probable cause exists to believe Alan Joseph Skiba residing at 3xxx Hi Villa Drive, Lake Orion, Michigan 48360, on or about October 27, 2006 through November 5, 2007 knowingly possessed, and/or transported child pornography in and to the Eastern District of Michigan, said child pornography having previously been transported in interstate and/or foreign commerce, and in doing so violated Title 18, U.S. Code, Section 2252A(a)(1)(B) and (a)(5)(B).

In furtherance, Alan Joseph Skiba likely used a portable computer (laptop) when chatting with Detective Sergeant Scully as the IP address information obtained when the chats were conducted are from different locations. This portable computer and related computer storage devices, e.g. thumb dives, likely contains the fruits and instrumentalities of Title 18, U.S. Code, Section 2252A(a)(10 and (a)(5)(B). This portable computer is likely to be a personal laptop or business laptop which is carried by Alan Joseph Skiba.

Jason D. Bollinger
Special Agent
Federal Bureau of Investigation

Sworn to me this 7th
day of November, 2007.

VIRGINIA M. MORGAN

Virginia M. Morgan
United States Magistrate Judge

11

AO 442 (Rev. 5/93) Warrant for Arrest     AUSA John N. O'Brien II //AGENT Jason Bollinger

# United States District Court

EASTERN **DISTRICT OF** MICHIGAN - SD

UNITED STATES OF AMERICA

v.

*ALAN JOSEPH SKIBA*

**WARRANT FOR ARREST**

CASE NUMBER:

**07-30514**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Alan Joseph Skiba
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

complaint

charging him or her with transportation and possession of child pornography.

in violation of Title 18   United States Code, Section(s) 2252A(a)(1), (a)(5)(B)

VIRGINIA M. MORGAN
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

11/07/07    Detroit, Mi
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest