## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | P. Michael Mahoney | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50054 - 1 | **DATE** | 11/7/2007 |
| **CASE TITLE** | USA vs. ALAN J. SKIBA | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings under Rule 5 held. Defendant appears in response to arrest. Paul Gaziano appointed as counsel. Defendant informed of rights. USA moves for detention. Detention/preliminary/identity hearings set for November 9, 2007 at 11:00 am. Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50054    Document 2    Filed 11/07/2007    Page 1 of 1

07CR50054 - 1 USA vs. ALAN J. SKIBA      Page 1 of 1