## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50054 - 1 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. ALAN JOSEPH SKIBA | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order setting conditions of release. Defendant waives right to an identity hearing. Court finds defendant is person named in the warrant. Defendant reserves his right to a preliminary hearing in the Eastern District of Michigan. Defendant is to report to the Duty courtroom in the Eastern District of Michigan on November 13, 2007 at 1:00 pm.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50054　Document 4　Filed 11/09/2007　Page 1 of 1

07CR50054 - 1 USA vs. ALAN JOSEPH SKIBA　　Page 1 of 1